# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KATHY HOOLE,**

    **Plaintiff,**

**v.**           Case No:   **6:13-cv-1795-Orl-31TBS**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This cause comes before the Court on Defendant's Unopposed Motion to Remand (Doc. No. 11), filed July 1, 2014.

On July 2, 2014, the United States Magistrate Judge issued a report (Doc. No. 12) recommending that the motion be granted and the action remanded for further administrative action.   The motion is unopposed.   Therefore, it is **ORDERED** as follows:

    1.   The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2.   The Motion to Remand (Doc. No. 12) is **GRANTED** and the case is **REMANDED** pursuant to sentence six of 42 U.S.C. § 405(g) for further administrative action.

    3.   The parties are directed to file a status report by October 7, 2014, and every ninety (90) days thereafter.

    4.   The Clerk of Court is directed to administratively close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 7, 2014.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party